The CITY OF COLORADO SPRINGS, the City of Monument, the City of Palmer Lake, the City of Manitou Springs, the City of Ramah, the City of Calhan, the City of Green Mountain Falls, the City of Fountain, Plaintiffs-Appellees,

v.

The BOARD OF COUNTY COMMISSION-ERS OF EL PASO COUNTY, Leo Ver-vers, Terry Harris, Tom Collier, Jr., Charles Heim, Terry Salt, as members of the Board of County Commissioners of El Paso County, Sharon L. Shipley, as Treasurer of El Paso County, and Wil-liam Fence, as El Paso County Budget Officer, Defendants-Appellants.

No. 81CA0704.

Colorado Court of Appeals, Div. III.

April 1, 1982.

Rehearings Denied April 29, 1982.

Certiorari Denied July 12, 1982.

James G. Colvin, II, City Atty., Jackson L. Smith, Asst. City Atty., Colorado Springs, for plaintiffs-appellees.

Charles E. Berry, County Atty., Colorado Springs, for defendants-appellants Bd. of County Com'rs and William Fence.

Patrick R. Mahan, Jefferson County Atty., Cile Pace, Asst. County Atty., Colora-do Springs, amicus curiae for Bd. of County Com'rs of Jefferson County.

Susan K. Griffiths, Denver, amicus curiae for Colorado Municipal League.

TURSI, Judge.

The defendants appeal the judgment of the trial court prohibiting the county from funding the county road and bridge fund created pursuant to § 43–2–202(1), C.R.S. 1973 by transfers from the general fund. The county claims authority to do so by virtue of § 29–1–111.5, C.R.S.1973 (1981 Cum.Supp.). Alternatively, the defendants contend that, when a county has initially funded the road and bridge fund by the levy provided for in § 43–2–202(1), it may supplement its own road and bridge budget by general fund transfers during the fiscal year pursuant to § 29–1–111.5. We affirm.

■ *Greeley v. Board of County Com-missioners of Weld*, Colo.App., 644 P.2d 76 (No. 81CA0377 announced December 24, 1981) is dispositive of the issue of initial funding. Further, *Greeley v. Board of County Commissioners* gives guidance as to the issue of supplementing the county's road and bridge fund from the general fund during the fiscal year. Section 30–25–106(1), C.R.S.1973 (1981 Cum.Supp.), reen-

acted by the General Assembly in 1979, specifically prohibits the transfer of county general fund money for expenditures for roads and bridges. We do not find this exclusion to be in conflict with the authority granted to counties under § 29–1–111.5 of the local government budget law of Colorado. *Greeley v. Board of County Commissioners, supra.*

Judgment affirmed.

STERNBERG and KIRSHBAUM, JJ., concur.